**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Danielle Phillips,<br><br>                    Plaintiff,<br><br>  v.<br><br>North Eastern Title Loans, LLC,<br><br>                    Defendant. | Civil Action No.: 2:13-cv-00888-TON |

### STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against North Eastern Title Loans, LLC, with prejudice and without costs to any party.

Danielle Phillips

North Eastern Title Loans, LLC

_/s/ Jody B. Burton_
Jody B. Burton
LEMBERG LAW LLC
1100 Summer Street, 3rd Floor
Stamford, CT  06905
Tel: (203) 653-2250
*Attorney for Plaintiff*

_/s/ Daniel McKenna_
Daniel JT McKenna
BALLARD SPAHR, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 864-8321
*Attorney for Defendant*

T. N. O'Neill

SO ORDERED,
3/27/14

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2014, a true and correct copy of the foregoing

Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern

District of Pennsylvania Electronic Document Filing System (ECF) and that the document is

available on the ECF system.

By /s/ Jody B. Burton
Jody B. Burton